61 A.3d 195

**Gregory HINES, Petitioner**

v.

**John E. WETZEL, Secretary of Department of Corrections, Christopher M. Thomas, Director CMR–Philadelphia Prison System, et al., Respondents.**

**No. 212 EM 2012.**

Supreme Court of Pennsylvania.

Feb. 11, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of February, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the "Suggestion of Mootness" are **DENIED.**

61 A.3d 195

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Aquil JOHNSON, Petitioner.**

**No. 208 EM 2012.**

Supreme Court of Pennsylvania.

Feb. 11, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of February, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**